# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>　　　　Defendant. | Case No.  1:20-cv-01407-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 6, 10) |

A mandatory scheduling conference is currently set for November 24, 2020.  (ECF No. 6.)  On October 30, 2020, the parties filed a stipulation to continue the scheduling conference due to a scheduling conflict of Plaintiff's counsel.  (ECF No. 10.)  The Court finds good cause to continue the scheduling conference.

Accordingly, the mandatory scheduling conference set for November 24, 2020, is HEREBY CONTINUED to **November 30, 2020, at 3:30 p.m.** in Courtroom 9.  The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:　**October 30, 2020**　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1