UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER RE STIPULATION FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PROVIDE SUPPLEMENTAL RESPONSES AND PRODUCTION TO PLAINTIFF'S REQUST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LINKUS ENTERPRISES, LLC, SETS ONE AND TWO, UNDER LOCAL RULE 251 |

On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251. On May 21, 2021, a stipulation was filed to continue the hearing on the motion.

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the hearing set for June 2, 2021, is CONTINUED to **June 30, 2021, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __**May 21, 2021**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1