# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>          Plaintiff,<br><br>    v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>          Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO COMPEL, MODIFYING SCHEDULING ORDER, AND CONTINUING TRIAL DATE<br><br>(ECF Nos. 14, 16, 21) |

      On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251. (ECF No. 16.) On May 21, 2021, the Court granted a stipulated request to continue the hearing on the motion from June 2, 2021, until June 30, 2021. (ECF No. 20.) On June 18, 2021, the parties filed a request to further continue the hearing on the motion until July 14, 2021. (ECF No. 21.) Additionally, the parties proffer the meet and confer efforts regarding the disputed discovery has delayed other discovery moving forward, and request all discovery deadlines, the dispositive motion filing deadline, as well as the pretrial conference and trial dates be extended for a period of ninety (90) days. (Id.) The Court finds good cause to grant the stipulated requests.

/ / /

/ / /

/ / /

1

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the hearing set for June 30, 2021, is CONTINUED to **July 14, 2021, at 10:00 a.m.** in Courtroom 9.  IT FURTHER ORDERED that the December 2, 2020 scheduling order is HEREBY AMENDED as follows:

1. Non-Expert Discovery Deadline: **November 18, 2021;**
2. Expert Witness Disclosure Deadline: **December 16, 2021**;
3. Supplemental Expert Witness Disclosure: **January 13, 2022**;
4. Expert Discovery Deadline: **February 17, 2022**;
5. Dispositive Motion Filing Deadline: **March 1, 2022**;
6. Pretrial Conference: **June 2, 2022, at 11:00 a.m.** in Courtroom 2;
7. Trial Date: **July 26, 2022, at 8:30 a.m.** in Courtroom 2; and
8. All other aspects of the amended December 2, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **June 21, 2021**

UNITED STATES MAGISTRATE JUDGE