# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>        Defendant. | Case No.  1:20-cv-01407-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO COMPEL<br><br>(ECF Nos. 29, 30) |

On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251.  (ECF No. 16.)  Following multiple continuances to allow for informal conferences to resolve the issues underlying the motion, Plaintiff's motion to compel is currently set for September 29, 2021.  (ECF Nos. 20, 22, 24, 27, 29.)  On September 13, 2021, Plaintiff filed a proposed order requesting the motion to compel be continued until October 13, 2021.  (ECF No. 30.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to the request of the movant and finding good cause, IT IS HEREBY ORDERED that the hearing set for September 29, 2021, is CONTINUED to **October 13, 2021, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 14, 2021**

UNITED STATES MAGISTRATE JUDGE

2