1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY, | Case No.  1:20-cv-01407-AWI-SAB |
| Plaintiff, | ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 14, 22, 16, 21, 36) |
| LINKUS ENTERPRISES, LLC, | |
| Defendant. | |

A scheduling order issued in this matter on December 2, 2020, which was subsequently amended on June 21, 2021.  (ECF Nos. 14, 22.)  On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251.  (ECF No. 16.)  To allow time for informal resolution of the discovery dispute, the hearing on the motion has been continued multiple times, and is currently set for October 27, 2021. (ECF Nos. 27, 31, 35.)  On October 11, 2021, the parties filed a stipulation requesting the Court extend the pretrial deadlines and the trial date approximately 60 days due to the delay caused by the parties' informal resolution process.  (ECF No. 36.)  The Court finds good cause to grant the stipulated requests.

/ / /

/ / /

/ / /

1

1    Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY

2 ORDERED that that the December 2, 2020 scheduling order, as modified June 21, 2021 (ECF

3 Nos. 14, 22), is further modified as follows:

4    1.    Non-Expert Discovery Deadline: **January 21, 2022;**

5    2.    Expert Witness Disclosure Deadline: **February 18, 2022**;

6    3.    Supplemental Expert Witness Disclosure: **March 18, 2022**;

7    4.    Expert Discovery Deadline: **April 22, 2022**;

8    5.    Dispositive Motion Filing Deadline: **May 6, 2022**;

9    6.    Pretrial Conference: **August 4, 2022, at 10:00 a.m.** in Courtroom 2 before United

10        States District Judge Anthony W. Ishii; and

11    7.    Trial Date: **September 27, 2022, at 8:30 a.m.** in Courtroom 2 before United

12        States District Judge Anthony W. Ishii.

13 All other aspects of the amended December 2, 2020 scheduling order, as modified June 21, 2021,

14 shall remain in effect.

15

16 IT IS SO ORDERED.

17 Dated:    **October 12, 2021**

UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2