# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO COMPEL<br><br>(ECF Nos. 16, 35, 38) |

On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251.  (ECF No. 16.)  Following multiple continuances to allow for informal conferences to resolve the issues underlying the motion, Plaintiff's motion to compel is currently set for October 27, 2021.  (ECF Nos. 20, 22, 24, 27, 29, 31, 35.)  On October 13, 2021, the parties filed a stipulated request to continue the motion to compel until November 10, 2021.  (ECF No. 38.)  The parties proffer such extension would allow completion of a rolling production by Defendant, and then allow the parties to narrow any remaining issues prior to the continued hearing.  The Court finds good cause to grant the requested continuance.

/ / /

/ / /

/ / /

1

Pursuant to the request of the parties and finding good cause, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel currently set for October 27, 2021, is CONTINUED to **November 10, 2021, at 10:00 a.m.** in Courtroom 9.[1]

IT IS SO ORDERED.

Dated:   **October 14, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] While the stipulation contains a proposed 11:00 a.m. time for the hearing, the Court holds all civil motion hearings at 10:00 a.m. on Wednesdays.