# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>            Plaintiff,<br><br>    v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>            Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO COMPEL<br><br>(ECF Nos. 16, 41, 44) |

On May 10, 2021, Plaintiff filed a motion to compel Defendant to provide supplemental responses and production of Plaintiff's request for production of documents to Defendant LinkUs Enterprises, LLC, sets one and two, under Local Rule 251.  (ECF No. 16.)  Following multiple continuances to allow for informal conferences to resolve the issues underlying the motion, Plaintiff's motion to compel is currently set for December 15, 2021.  (ECF Nos. 20, 22, 24, 27, 29, 31, 35, 39, 41.)  On December 6, 2021, the parties filed a stipulated request to continue the hearing on the motion to compel until December 29, 2021.  (ECF No. 44.)  The parties proffer such extension would allow Plaintiff sufficient time to review a supplemental production of electronic documents that were produced at 4:37 p.m. on Friday, December 3, 2021, and then allow the parties to narrow any remaining issues prior to the continued hearing.

The Court notes the parties were advised at the October 27, 2021 informal discovery conference that no further extensions on this matter would be permitted.  Nonetheless, the Court will permit one final continuance of this hearing.  However, the parties are advised that no

further continuances shall be granted. Due to the availability of the Court, the hearing date shall be continued to January 5, 2022. The parties are further advised that if they wish to proceed with the motion that they will need to file any supplemental briefing addressing which disputes remain and their respective requests/objections and legal authority 7 days before the January 5, 2022 hearing. Otherwise, they can withdraw the motion without prejudice.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel currently set for December 15, 2021, is CONTINUED to **January 5, 2022, at 10:00 a.m.** in Courtroom 9. All supplemental briefing shall be filed in advance of the hearing, no later than December 29, 2021.

IT IS SO ORDERED.

Dated:     **December 7, 2021**

UNITED STATES MAGISTRATE JUDGE