# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER WITHDRAWING MOTION TO COMPEL AND VACATING APRIL 20, 2022 HEARING<br><br>(ECF Nos. 52, 53) |

　　　　On April 6, 2022, Plaintiff filed a motion to compel third party Bank of America to produce documents in response to a subpoena. (ECF No. 52.) On April 7, 2022, Plaintiff filed a notice of withdrawal of the motion, stating the dispute has been resolved. (ECF No. 53.)

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel (ECF No. 52) is WITHDRAWN, and the hearing on April 20, 2022, is VACATED.

IT IS SO ORDERED.

Dated: **April 7, 2022**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1