# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>              Plaintiff,<br><br>     v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>              Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 14, 22, 37, 48, 55) |

A scheduling order for this matter issued on December 2, 2020, which was subsequently amended on June 21, 2021. (ECF Nos. 14, 22.) As related to multiple discovery disputes and the parties' attempts to informally resolve such matters, the schedule has been modified multiple times. (See ECF Nos. 22, 37, 48.)

On April 27, 2022, the parties filed a stipulated motion to modify the schedule, titled "stipulation to amend scheduling order re expert witness designation and discovery to allow the parties to attend mediation," in which they seek to continue the identified deadlines. (ECF No. 55.) The parties have agreed to attend mediation on May 27, 2022 and proffer the continuances are required to allow for a productive mediation and preserve resources in the event of settlement. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties'

1

stipulated motion to modify the schedule (ECF No. 55) is GRANTED.  The scheduling order is further modified as follows:

        1.      Expert Disclosure Deadline: **June 16, 2022**;[1]

        2.      Supplemental Expert Disclosure Deadline: **July 8, 2022**; and

        3.      Expert Discovery Cutoff: **September 9, 2022**.

        4.      All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 28, 2022**                          _____
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation proposes a deadline for expert disclosure of both June 16, 2021, and June 16, 2022; the Court presumes the parties intended to request the latter date and modifies the schedule accordingly.