# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY, | Case No. 1:20-cv-01407-AWI-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL |
| v. | |
| LINKUS ENTERPRISES, LLC, | (ECF Nos. 62, 65) |
| Defendant. | |

Plaintiff filed a motion to compel third party Dish Network LLC to produce documents in response to Plaintiff's subpoena on May 6, 2022.  (ECF No. 62.)  The hearing on this matter is set for June 8, 2022, with the joint statement regarding discovery disagreement due by May 25, 2022.

On May 20, 2022, the parties filed a stipulated request to continue the hearing on Plaintiff's motion to June 22, 2022.  (ECF No. 65.)  The parties proffer they will be attending mediation on May 27, 2022, and seek to continue the hearing on Plaintiff's motion until after that date, as resolution of this matter would render the pending motion moot.  The Court finds good cause exists to approve the stipulated request.  As a result of the continuance, the deadline for the joint statement is also continued.  Plaintiff shall be directed to serve notice of the new deadlines on third party Dish Network LLC.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS

HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to compel (ECF No. 62) set for June 8, 2022, is CONTINUED to **June 22, 2022,  at 10:00 a.m.** in Courtroom 9;

2. The joint statement regarding the discovery disagreement shall be filed no later than June 8, 2022, in accordance with Local Rule 251; and

3. Plaintiff shall serve a copy of this order on third party Dish Network LLC and file a notice of service with the Court **within three (3) days** of issuance of this order.

IT IS SO ORDERED.

Dated:   **May 23, 2022**

UNITED STATES MAGISTRATE JUDGE