# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF Nos. 67, 69) |

Plaintiff filed a motion to compel third party Dish Network LLC to produce documents in response to Plaintiff's subpoena on May 6, 2022. (ECF No. 62.) The Court granted one prior stipulated request to continue the hearing date on this motion to permit the parties to proceed with mediation. (ECF No. 67.) The hearing on this matter is currently set for June 22, 2022, with the joint statement regarding discovery disagreement due by June 8, 2022.

On June 6, 2022, the parties filed a stipulated request to continue the hearing on Plaintiff's motion to June 29, 2022. (ECF No. 69.) The parties proffer Plaintiff and Dish Network LLC are working in good faith to resolve their current dispute over the subpoenaed documents and seek to continue the hearing on Plaintiff's motion for a week, as resolution of this matter would render the pending motion moot. The Court finds good cause exists to approve the stipulated request. However, due to a scheduling conflict, the Court shall continue the hearing to July 6, 2022. As a result of the continuance, the deadline for the joint statement is also

continued.  See E.D. Cal. L.R. 251.  Plaintiff shall be directed to serve notice of the new deadlines on third party Dish Network LLC.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion to compel (ECF No. 62) set for June 22, 2022, is CONTINUED to **July 6, 2022, at 10:00 a.m.** in Courtroom 9;
2. The joint statement regarding the discovery disagreement shall be filed no later than June 29, 2022, in accordance with Local Rule 251; and
3. Plaintiff shall serve a copy of this order on third party Dish Network LLC and file a notice of service with the Court **within three (3) days** of issuance of this order.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES MAGISTRATE JUDGE