# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>          Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER RE: STIPULATION TO AMEND DISCOVERY RELATED TO WRITTEN REPORT OF EXPERT WITNESS AND RELATED CUT OFF DATES AND STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 14, 22, 37, 48, 58, 76) |

A scheduling order for this matter issued on December 2, 2020, which was subsequently amended on June 21, 2021. (ECF Nos. 14, 22.) As related to multiple discovery disputes and the parties' attempts to informally resolve such matters, the schedule has been modified multiple times. (See ECF Nos. 22, 37, 48, 58.)

On July 7, 2022, the parties filed a stipulated motion to modify the schedule, titled "stipulation to amend discovery related to written report of expert witness and related cut off dates and to amend scheduling order," in which they seek to continue the identified deadlines. (ECF No. 76.) The parties proffer the continuances are required because Defendant's supplemental expert is out of town for the holidays and unable to complete a report prior to the current deadline. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties'

stipulated motion to modify the schedule (ECF No. 76) is GRANTED.  The scheduling order is further modified as follows:

    1.    Supplemental Expert Disclosure Report Deadline: **July 29, 2022**; and

    2.    All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated: **July 8, 2022**

UNITED STATES MAGISTRATE JUDGE