# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>LINKUS ENTERPRISES, LLC,<br><br>    Defendant. | Case No. 1:20-cv-01407-AWI-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF Nos. 84, 85) |

Dispositional documents are currently due on August 22, 2022. (ECF No. 84.) On August 19, 2022, the parties filed a stipulated motion to extend the time to file dispositional documents for a period of fourteen days, until September 5, 2022. (ECF No. 85.)

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is granted and the parties shall file dispositional documents **no later than September 5, 2022**.

IT IS SO ORDERED.

Dated:  **August 22, 2022**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1